C. RAYMOND NORTH, Appellant, *v.* CITY OF COHOES, et al., Defendants, and MARGARET O'DONNELL et al., Defendants-Respondents.

Submitted November 15, 1943; decided November 24, 1943.

*John Lane* for motion.

*Borden H. Mills* opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion, on the ground that the judgment or order appealed from does not finally determine the action.